1  Mark Hardiman    State Bar # 136602
   Jonathan Radke   State Bar # 257324
2  **NELSON HARDIMAN LLP**
   11835 W. Olympic Boulevard, 9th Floor
3  Los Angeles, CA 90064
   Telephone: 310.203.2800
4  Facsimile: 310.203.2727

5  Attorneys for Defendant PRIME
   HEALTHCARE SERVICES, INC. *et. al.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, ex rel KARIN BERNTSEN, | CASE NO. CV 11-08214 FMO(MANx) |
|---|---|
| Plaintiff, | (Assigned to Judge Fernando M. Olguin) |
| vs. | **STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT (L.R. 7-1)** |
| PRIME HEALTHCARE SERVICES, INC.; *et. al.*, | |
| Defendants. | |

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

This stipulation is entered into by Plaintiff UNITED STATES OF AMERICA, ex rel KARIN BERNTSEN ("Plaintiff") and Defendants PRIME HEALTHCARE SERVICES, INC.; PRIME HEALTHCARE SERVICES ALVARADO, LLC; PRIME HEALTHCARE SERVICES GARDEN GROVE, LLC; PRIME HEALTHCARE HUNTINGTON BEACH, LLC: PRIME HEALTHCARE LA PALMA, LLC; DESERT VALLEY HOSPITAL, INC.; PRIME HEALTHCARE SERVICES FOUNDATION, INC.; PRIME HEALTHCARE SERVICES ENCINO, LLC; VEMTA HEALTH-SERVICES

INC.; PRIME HEALTHCARE SERVICES MONTCLAIR LLC; PRIME HEALTHCARE PARADISE VALLEY, LLC; PRIME HEALTHCARE SERVICES SAN DIMAS, LLC; PRIME HEALTHCARE SERVICES SHASTA, LLC- PRIME HEALTHCARE SERVICES II, LLC; PRIME HEALTHCARE ANAHEIM, LLC; DR. PREM REDDY, and DR. LUIS LEON ("Defendants"), through their respective counsel of record, with reference to the following facts:

WHEREAS, Plaintiff's Complaint was filed on or around October, 3, 2011in this Court;

WHEREAS, Plaintiff's First Amended Complaint was ("FAC") was filed on or around September 20, 2012 in this Court;

WHEREAS, Plaintiff's Second Amended Complaint was ("SAC") was filed on or around June 11, 2013 in this Court;

WHEREAS, the SAC was unsealed on or about December 26, 2013.

WHEREAS, Plaintiff's Third Amended Complaint was ("TAC") was filed on or around April 4, 2014 in this Court;

WHEREAS, Plaintiff served the SAC and TAC on Defendants on or about April 9, 2014.

WHEREAS, Defendant's counsel requested that Plaintiff's counsel agree to extend the Defendant's time to respond or otherwise plead to the TAC.

WHEREAS, Plaintiff's counsel, Elaine Stromgren, will be out of town until July 22, 2014, and, therefore, requested that an extension be not less than 45 days.

WHEREAS, the parties have met and conferred and, and agreed to extend Defendant's time to respond or otherwise plead to the TAC by 45 days.

/ / /

/ / /

/ / /

/ / /

NELSON HARDIMAN LLP

-2-

**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

IT IS HEREBY STIPULATED by and among Plaintiff and Defendants that the deadline by which Defendants must respond or otherwise plead to the Third Amended Complaint shall be extended 45 days to July 24, 2014.

IT IS SO STIPULATED.

DATED: June 9, 2014                     NELSON HARDIMAN LLP


By_____/s/_____
    MARK S. HARDIMAN
Attorneys for PRIME HEALTHCARE SERVICES, INC.


DATED: June 9, 2014                     JAMES, HOYER, NEWCOMER & SMILJANICH P.A.


By____/s/ with permission_____
    ELAINE STROMGREN
Attorneys for Relator KARIN BERNTSEN

-3-

**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT**