BROWN WHITE & OSBORN LLP
KENNETH WHITE (Bar No. 173993)
kwhite@brownwhitelaw.com
333 South Hope Street, 40th Floor
Los Angeles, CA 90071-1406
Tel.: 213. 613.0500, Fax: 213.613.0550

JAMES HOYER, P.A.
ELAINE STROMGREN (Florida Bar No. 0417610)
estromgren@jameshoyer.com
One Urban Centre, Suite 550
4830 West Kennedy Blvd.
Tampa, FL 33609-2589
Tel.: 813.397.2300, Fax: 813.397.2310
*Admitted Pro Hac Vice*

Attorneys for Relator
KARIN BERNTSEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KARIN BERNTSEN,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>PRIME HEALTHCARE SERVICES, INC.; PRIME HEALTHCARE SERVICES ALVARADO, LLC; PRIME HEALTHCARE SERVICES GARDEN GROVE, LLC; PRIME HEALTHCARE HUNTINGTON BEACH, LLC; PRIME HEALTHCARE LA PALMA, LLC; DESERT VALLEY HOSPITAL, INC.; PRIME HEALTHCARE SERVICES FOUNDATION, INC.; PRIME HEALTHCARE SERVICES ENCINO, LLC; VERITAS HEALTH SERVICES, INC.; PRIME HEALTHCARE SERVICES MONTCLAIR LLC; PRIME HEALTHCARE PARADISE VALLEY, LLC; PRIME HEALTHCARE SERVICES SAN DIMAS, LLC; PRIME HEALTHCARE SERVICES SHASTA, LLC; PRIME HEALTHCARE SERVICES II, LLC; PRIME HEALTHCARE ANAHEIM, LLC; DR. PREM REDDY, and DR. LUIS LEON,<br><br>　　　　　Defendants. | Case No.: CV 11-08214PJW (MG)<br><br>STIPULATION OF ALL PARTIES TO DISMISSAL WITHOUT PREJUDICE OF DEFENDANT LUIS LEON |

Plaintiff/Relator Karin Berntsen, Defendants, and the United States of America, through their attorneys of record, pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., hereby stipulate to the dismissal without prejudice of the claims alleged in the above styled action against Defendant Luis Leon. Each party shall bear its own costs and fees.

DATED: July 21, 2016        Respectfully submitted,

BROWN WHITE & OSBORN LLP

By   s/ Kenneth White
        KENNETH WHITE
        Attorney for Relator
        KARIN BERNTSEN

DATED: July 21, 2016        JAMES HOYER, P.A.

By   /s  Elaine Stromgren
        ELAINE STROMGREN
        Attorney for Relator
        KARIN BERNTSEN

DATED: July 21, 2016        UNITED STATES OF AMERICA

By  /s Lynn Healey Scaduto
        LYNN HEALEY SCADUTO, AUSA
        Attorney for
        United States of America

DATED: July 21, 2016        NELSON HARDIMAN, LLP

By   /s  Mark S. Hardiman
        MARK S. HARDIMAN
        Attorney for Defendants
        PRIME HEALTHCARE SERVICES,
        INC., *et al.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July, 2016, a true and correct copy of the foregoing was electronically filed using the Court's CM/ECF system, which will provide electronic notice to all counsel of record in this action.

*/s/Kenneth P. White*

Kenneth P. White