BROWN WHITE & OSBORN LLP
KENNETH P. WHITE (Bar No. 173993)
kwhite@brownwhitelaw.com
333 South Hope Street, 40th Floor
Los Angeles, CA 90071-1406
Tel.: (213)613-0500; Fax: (213)613-0550

JAMES HOYER, P.A.
ELAINE STROMGREN (Florida Bar No. 0417610)
estromgren@jameshoyer.com
One Urban Centre, Suite 550
4830 West Kennedy Blvd.
Tampa, FL 33609-2589
Tel.: (813)397-2300; Fax: (813)397-2310
*Admitted Pro Hac Vice*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel* KARIN BERNTSEN,<br><br>             Plaintiffs,<br><br>v.<br><br>PRIME HEALTHCARE SERVICES, INC.; PRIME HEALTHCARE SERVICES ALVARADO, LLC; PRIME HEALTHCARE SERVICES GARDEN GROVE, LLC; PRIME HEALTHCARE HUNTINGTON BEACH, LLC; PRIME HEALTHCARE LA PALMA, LLC; DESERT VALLEY HOSPITAL, INC.; PRIME HEALTHCARE SERVICES FOUNDATION, INC.; PRIME HEALTHCARE SERVICES ENCINO, LLC; VERITAS HEALTH SERVICES, INC.; PRIME HEALTHCARE SERVICES MONTCLAIR LLC; PRIME HEALTHCARE PARADISE VALLEY, LLC; PRIME HEALTHCARE SERVICES SAN DIMAS, LLC; PRIME HEALTHCARE SERVICES SHASTA, LLC; PRIME HEALTHCARE SERVICES II, LLC; PRIME HEALTHCARE ANAHEIM, LLC; DR. PREM REDDY, and DR. LUIS LEON,<br><br>             Defendants. | Case No.: CV 11-08214 PJW (MG)<br><br>[PROPOSED] ORDER RE STIPULATION OF ALL PARTIES TO DIMISSAL WITHOUT PREJUDICE OF DEFENDANT LUIS LEON |

After reviewing the Stipulation of All Parties to Dismissal Without Prejudice of Defendant Luis Leon, the Court hereby adopts the Stipulation.

**IT IS HEREBY ORDERED** that the claims against Defendant Luis Leon be dismissed without prejudice. Each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

DATED: 7/25/16

Hon. Patrick J. Walsh
United States Magistrate Judge