1  CHAD A. READLER
   Acting Assistant Attorney General
2  TRACY L. WILKISON
   Attorney for the United States, Acting Under
3  Authority Conferred by 28 U.S.C. § 515
   DAVID M. HARRIS, AUSA
4  Chief, Civil Division
   DAVID K. BARRETT, AUSA
5  Chief, Civil Fraud Section
   ABRAHAM C. MELTZER, AUSA (SBN 162659)
6  Deputy Chief, Civil Fraud Section
         Room 7516, Federal Building
7        300 N. Los Angeles Street
         Los Angeles, California 90012
8        T: 213.894.7155|F: 213.894.7819
         Email: abraham.meltzer@usdoj.gov
9  MICHAEL D. GRANSTON
   DANIEL R. ANDERSON
10 MARIE V. BONKOWSKI
   VANESSA I. REED
11 ADAM R. TAROSKY
   BENJAMIN C. WEI
12 Attorneys, Civil Division
   United States Department of Justice
13       175 N Street, NE, Room 9.214
         Washington, DC 20002
14       T: 202.514.6833|F: 202.616.3085
         Email: marie.bonkowski@usdoj.gov, vanessa.reed@usdoj.gov
15             adam.tarosky@usdoj.gov, benjamin.c.wei@usdoj.gov
   Attorneys for Plaintiff the
16 United States of America

17 STEPHEN LARSON (SBN 145225)
   MELISSA MEISTER (SBN 296744)
18 ERICA GRAVES (SBN 301785)
   LARSON O'BRIEN LLP
19 555 S. Flower St., Suite 4400
   Los Angeles, CA 90071
20 Tel: (213) 436-4888, Fax: (213) 623-2000
   Email: slarson@larsonobrienlaw.com
21
   ELAINE STROMGREN
22 *Admitted Pro Hac Vice*
   JAMES HOYER, P.A.
23 One Urban Centre, Suite 550
   4830 West Kennedy Blvd.
24 Tampa, FL 33609-2589
   Tel: (813) 397-2300, Fax: (813) 397-2310
25 Email: estromgren@jameshoyer.com

26 MARLAN B. WILBANKS
   *Admitted Pro Hac Vice*
27 WILBANKS & GOUINLOCK, LLP
   Monarch Plaza
28 3414 Peachtree Rd., NE, Suite 725

Atlanta, GA 30326
Tel: (404) 842-1075
Email: mbw@wilbanksgouinlock.com
Attorneys for Plaintiff
Relator Karin Berntsen

MARK HARDIMAN (SBN 136602)
NELSON HARDIMAN LLP
11835 West Olympic Boulevard, Suite 900
Los Angeles, CA 90064
Telephone: (310) 203-2800
Facsimile: (310) 203-2727
Email: mhardiman@nelsonhardiman.com

SARA KAY WHEELER
*Admitted Pro Hac Vice*
MICHAEL E. PAULHUS
*Admitted Pro Hac Vice*
STEPHANIE F. JOHNSON
*Admitted Pro Hac Vice*
KING & SPALDING, LLP
1180 Peachtree St., NE
Atlanta, GA 30309
Telephone: (404) 572-4685
Facsimile: (404) 572-5100
Email: skwheeler@kslaw.com
Attorneys for Defendants
Prime Healthcare Services, Inc., *et al.*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KARIN BERNTSEN,<br><br>Plaintiffs,<br><br>v.<br><br>PRIME HEALTHCARE SERVICES, INC., *et al.*,<br><br>Defendants. | Case No. CV 11-08214 PJW<br><br>NOTICE OF SETTLEMENT |

# NOTICE OF SETTLEMENT

*Qui tam* plaintiff Karin Berntsen ("Relator"), the United States of America ("United States"), defendant Prime Healthcare Services, Inc. and the other corporate entity defendants in this action (collectively "Prime"), and defendant Dr. Prem Reddy ("Dr. Reddy"), hereby respectfully inform the Court that, on or about August 3, 2018, they entered into a written settlement agreement resolving this action (the "Settlement Agreement").

Pursuant to the Settlement Agreement, within twenty business days, *i.e.*, by August 31, 2018, Defendants shall pay the Settlement Amounts to the United States, and Relator's expenses and costs to the Relator. Upon the United States receiving the Settlement Amounts, and Relator receiving her expenses and costs, the parties will promptly file a Joint Stipulation of Dismissal requesting that the Court dismiss this action in its entirety.

Respectfully submitted,

DATED: August 3, 2018

CHAD A. READLER
Acting Assistant Attorney General
TRACY L. WILKISON
Attorney for the United States, Acting
Under Authority Conferred by 28 U.S.C. § 515
DAVID M. HARRIS, AUSA
Chief, Civil Division
DAVID K. BARRETT, AUSA
Chief, Civil Fraud Section
MICHAEL D. GRANSTON
DANIEL R. ANDERSON
MARIE V. BONKOWSKI
VANESSA I. REED
ADAM R. TAROSKY
BENJAMIN C. WEI
Attorneys, Civil Division
United States Department of Justice

By:  */s/ Abraham C. Meltzer*
ABRAHAM C. MELTZER
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
Attorneys for Plaintiff the
United States of America

1

DATED: August 3, 2018    JAMES HOYER, P.A.

By:  */s/ Elaine Stromgren*
ELAINE STROMGREN
Attorneys for Plaintiff Relator
Karin Berntsen

DATED: August 3, 2018    NELSON HARDIMAN, LLP

By:  */s/ Mark Hardiman*
MARK HARDIMAN
Attorneys for Defendants
Prime Healthcare Services, Inc., *et al.*

## SIGNATURE CERTIFICATION

I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: August 3, 2018    By:  */s/ Abraham C. Meltzer*
ABRAHAM C. MELTZER
Assistant United States Attorney
Deputy Chief, Civil Fraud Section
Attorneys for Plaintiff the
United States of America