JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. KARIN BERNTSEN,<br><br>Plaintiffs,<br><br>v.<br><br>PRIME HEALTHCARE SERVICES, INC., *et al.*,<br><br>Defendants. | Case No. CV 11-08214 PJW<br><br>ORDER RE: DISMISSAL<br><br>Filed concurrently herewith: Joint Stipulation of Dismissal; Consent of the United States |

# ORDER

For good cause shown and pursuant to Federal Rule of Civil Procedure 41(a) and 31 U.S.C. § 3730(b), IT IS HEREBY ORDERED THAT all claims for relief and causes of action against defendants Prime Healthcare Services, Inc.; Dr. Prem Reddy; and all other named defendants (collectively "Defendants") are hereby dismissed, said dismissal being:

1. With prejudice as to relator Karin Berntsen ("Relator") as to all claims in the United States' Complaints[1] and in Relator's Complaints[2].
2. As to the United States of America ("United States") being:
   a. With prejudice as to all claims in the United States' Complaints;
   b. With prejudice with regard to the Relator's Covered Conduct (defined as the conduct alleged at paragraphs 2, 30-32, 39-44, 49-52, 59-60, and 73-82) in Relator's Fifth Amended Complaint; and,
   c. Without prejudice with regard to all remaining claims in Relator's Fifth Amended Complaint.

IT IS SO ORDERED.

DATED: September 5, 2018

_____
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] The "United States' Complaints" are the United States' Complaint In Intervention filed on June 23, 2016 (Doc. 127) and its Amended Complaint In Intervention filed on July 6, 2017 (Doc. 198).

[2] "Relator's Complaints" are Relator's original *qui tam* Complaint filed October 3, 2011 (Doc. 1), Relator's First Amended Complaint (Doc. 9), Relator's Second Amended Complaint (Doc. 21), Relator's Third Amended Complaint (Doc. 44), Relator's Fourth Amended Complaint (Doc. 79), and Relator's Fifth Amended Complaint (Doc. 195) filed on July 5, 2017.